**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Gurpreet GAKHAL, Petitioner**

No. 544 MAL 2016

Supreme Court of Pennsylvania.

January 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Stephen M. ESPENLAUB,**
**Jr., Petitioner**

No. 334 WAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ralph SKUNDRICH, Petitioner**

No. 387 WAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**